### EX PARTE RIVERA, PETICIONARIO, v. EL PUEBLO, OPOSITOR Y APELANTE.

APELACIÓN de una resolución del Hon. Juez Asociado Adolph G. Wolf, sobre solicitud de auto de Habeas Corpus.

No. 1886.—Resuelto en mayo 22, 1922, por los fundamentos del caso No. 1902, *El Pueblo* v. *Rivera,* de mayo 22, 1922.

Abogado del apelante: *Sr. A. Dones Padró.*

Abogado del apelado: *Sr. José E. Figueras.*

*Revocada la resolución apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey y Hutchison, que firmó conforme con la sentencia.

El Juez Asociado Sr. Wolf, no tomó parte en la resolución de este caso.

---

### EX PARTE GONZÁLEZ, PETICIONARIO.

SOLICITUD para que se expida auto de *habeas corpus.*

No. 78.—Resuelto en mayo 22, 1922, por los fundamentos del caso No. 1902, *El Pueblo* v. *Rivera,* de mayo 22, 1922.

Abogado del peticionario: *Sr. A. Dones.*

*Denegado.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey y Hutchison, que firmó conforme con la sentencia.

El Juez Asociado Sr. Wolf disintió.